IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


ELISA A. JOHNSON                                                    PLAINTIFF


        v.                          CIVIL NO. 12-3041


MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                      DEFENDANT

### J U D G M E N T

        For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have

sixty days from entry of the judgment on the docket in which to appeal.**

        IT IS SO ORDERED AND ADJUDGED this 12th day of March, 2013.


                                        /s/ *Erin L. Setser*
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE


[1] Carolyn Colvin became the Acting Social Security Commissioner on February 14, 2013.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn Colvin has been substituted for Commissioner  Michael J. Astrue as the defendant in this suit.

AO72A
(Rev. 8/82)